

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

## ORDER

The Appellee's Unopposed Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to November 23, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Vaughan E. Waters
Thornton, Biechlin, Segrato, Reynolds
 & Guerra, L.C.
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216

Stacey Jo Scott
634 Ashmore Avenue
New Braunfels, TX 78130

Frederick D. Junkin
Andrews Kurth LLP
600 Travis St., Suite 4200
Houston, TX 77002-2929

Scott Farrar Cline
100 NE Loop 410, Ste. 500
San Antonio, TX 78216-4727